# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 16-169 (MJD/BRT) |
| Plaintiff, | |
| v. | |
| (2)  Randle Snell, *also known as Pee Wee*, <br> (5)  Ernest Jerelle Thomas, *also known as Rel Rel* | **ORDER** |
| Defendants. | |

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff.

Deborah K. Ellis, Esq., Ellis Law Office, counsel for Defendant Randle Snell.

Richard J. Malacko, Esq., Malacko Law Office, counsel for Defendant Thomas.

The above matter comes before the Court upon the Report and Recommendations of United States Magistrate Judge Becky R. Thorson dated November 29, 2016. No objections have been filed to the Report and Recommendations in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant Randle Snell's Motion for Suppression of Evidence Obtained as a Result of Unlawful Search and Seizure (Doc. No. 69) is **DENIED**; and

2. Defendant Ernest Jerelle Thomas's Motion for Severance of Defendant (Doc. No. 130) is **DENIED**.

Dated: January 12, 2017            s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Judge